UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR10-0122-JCC |
| Plaintiff, | ORDER |
| v. | |
| AARON ROBERTS, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion regarding Defendant's violations of supervised release (Dkt. No. 172). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The Court STRIKES the disposition hearing currently scheduled for October 22, 2019. The terms of supervised release will continue in full effect.

DATED this 16th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE